UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES JOHNSON, III, | Case No. 1:13-cv-921 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | Magistrate Judge Karen L. Litkovitz |
| FAISAL AHMED, *et al.*, | |
| Defendants. | |

## DECISION AND ENTRY ADOPTING
## THE REPORT AND RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE (Doc. 4)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio, Western Division, to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 15, 2014, submitted a Report and Recommendation. (Doc. 4). The Report and Recommendation was served on Plaintiff on January 21, 2014, and any objections to it were due on or before February 3, 2014. (Doc. 6; Doc. 4 at 7). No objections have been filed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 4) is hereby **ADOPTED**; and

2. Plaintiff's claims against Defendants Gary C. Mohr and John Kasich are **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**IT IS SO ORDERED.**

Date: 2/5/14

Timothy S. Black
United States District Judge